**UNITED STATES of America,** **Plaintiff–Appellee,**

v.

**Jimmy Lowell ROBERTS,** **Defendant–Appellant.**

**No. 09–50090.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Joseph Orabona, Office of the U.S. Attorney San Diego, CA, for Plaintiff–Appellee.

Arza Feldman, Feldman & Feldman, Uniondale, NY, for Defendant–Appellant.

Jimmy Lowell Roberts, USP—United States Penitentiary (Victorville), Adelanto, CA, pro se.

Before: RYMER, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jimmy Lowell Roberts appeals from his guilty-plea conviction and 100–month sentence for bank robbery, in violation of 18 U.S.C. § 2113(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

offoff

L.Ed.2d 493 (1967), Roberts' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.